Myron PARKER, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 375, 2015

Supreme Court of Delaware.

Submitted: February 10, 2016
Decided: February 18, 2016

AFFIRMED.

Che Ron SHEPEARD, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 348, 2015

Supreme Court of Delaware.

Submitted: February 10, 2016
Decided: February 18, 2016

AFFIRMED.

Eladio CRUZ, Plaintiff
Below–Appellant,

v.

The Honorable Jan R. JURDEN,
Defendant Below–Appellee.

No. 564, 2015

Supreme Court of Delaware.

Submitted: January 8, 2016
Decided: February 19, 2016
Rehearing En Banc Denied
March 2, 2016

AFFIRMED.

Robert SAUNDERS, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 10, 2016

Supreme Court of Delaware.

Submitted: February 4, 2016
Decided: February 23, 2016
Reargument Denied March 3, 2016

DISMISSED.